IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SOUTHWEST REGIONAL COUNCIL OF CARPENTERS PENSION FUND, | : : : | CASE NO: 1:11-cv-00057 Magistrate Judge Litkovitz |
| Plaintiffs, | : | |
| v. | : | |
| JOHN CLARK TRUCKING & RIGGING COMPANY, ET AL., | : : | |
| Defendants. | | |

This case is **HEREBY ORDERED** dismissed with prejudice in accordance with the settlement agreement. The Court shall retain jurisdiction for purposes of enforcing the settlement agreement between the parties.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Approved by:

/s/ Rachel R. Parisi
Rachel R. Parisi (0071692)
Michael A. Ledbetter (0068472)
9240 Marketplace Drive
Miamisburg, OH 45342
(937) 619-0900
(937) 619-0999 (fax)
rparisi@fringebenefitlaw.com
*Attorney for Plaintiffs*

/s/ Michael J. Menninger
Michael J. Menninger (0081891)
Wood & Lamping, LLP
600 Vince Street, Suite 2500
Cincinnati, OH 45202
(513) 852-6077
(513) 419-6477 (fax)
mjmenninger@woodlamping.com
*Attorney for Defendant*